defendant to answer on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

In the Matter of William Weisell, Deceased.— Decree affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. James McKeagney, Relator, v. Rhinelander Waldo, as Commissioner of the Police Department of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

In the Matter of the Application of John Burfeindt and Joachim Burfeindt, Constituting Burfeindt Brothers, Respondents, for a Peremptory Writ of Mandamus to Be Directed to William A. Prendergast, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Otto R. H. Ludewig, Respondent, v. Andreas C. Bosselman, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Otto R. H. Ludewig, Respondent, v. Andreas C. Bosselman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Petition of Belle M. Crick for a Judicial Settlement of the Account of Oswin J. O'Brien and Henry C. Lawrence, Executors, etc., of Oswin O'Brien, Late Administrator with the Will Annexed of Eliza G. O'Brien, Deceased, Appellants. Belle M. Crick, Individually and as Executrix, etc., of Eliza G. O'Brien, Deceased, Respondent.— Order affirmed, with costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. (Ingraham, P. J., dissented.)

Myra S. Lamson and Clarence De Witt Rogers, as Executors, etc., of Roger Lamson, Deceased, Respondents, v. Robert C. King, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Henry B. Sire, Appellant, v. Lee Shubert, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Brainard Avery, Respondent, v. Cord A. Meyer, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Carl H. Felix Behr, Respondent, v. Interborough Rapid Transit Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ella S. Carle, Respondent, v. Harry H. Frazee, Impleaded with George